IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02164-MSK-CBS

MURRAY CLARK BRANSTETTER,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF GRAND COUNTY, COLORADO,

    Defendants.

## ORDER RESETTING HEARING

THIS MATTER comes before the Court *Sua Sponte.* Due to a scheduling conflict,

**IT IS ORDERED** that the Final Pre-Trial Conference set for February 8, 2007 is

**VACATED** and **RESET to March 22, 2007 at 10:30 a.m.** in Courtroom A901, 901 19th Street,

Denver, Colorado.

Dated this 25th day of January, 2007

                          **BY THE COURT:**

                          *[signature: Marcia S. Krieger]*

                          Marcia S. Krieger
                          United States District Judge