IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02164-MSK-CBS

MURRAY CLARK BRANSTETTER,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF GRAND COUNTY, COLORADO,

    Defendants.

## ORDER RESETTING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the Final Pre-Trial Conference set for March 22, 2007 is

**VACATED** and **RESET to March 23, 2007 at 2:30 p.m.** in Courtroom A901, 901 19th Street,

Denver, Colorado.

Dated this 27th day of February, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge