## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover             Date:    March 23, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 05-cv-02164-MSK-CBS

*Parties*:                                       *Counsel Appearing:*

MURRAY CLARK BRANSTETTER,                        David Herrera

      Plaintiff,

v.

GRAND COUNTY BOARD OF COMMISSIONERS,             Leslie Schluter

      Defendant.

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference.

**2:33 p.m.    Court in session.**

Plaintiff's counsel, David Herrera is present.  Plaintiff is not present.

Defendant's counsel, Leslie Schluter and Rodney Capron, a representative of County Technical Services, Inc. are present.

**ORDER**:    Counsel for plaintiff shall purchase on an expedited basis a transcript of these proceedings and transmit to plaintiff.  The client shall not bear the cost of the transcript.

Jury trial is set for May 7, 2007 at 1:00 p.m., six days.  The Court advises counsel that the trial is in a first position and will likely proceed as scheduled.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Defendant's Motion for Leave to file Excess Pages (Reply to Plaintiff's Response to Motion for Summary Judgment) **(Doc. #27)** is **GRANTED.**

Defendant's Motion for Summary Judgment **(Doc. #23)** is **GRANTED** in part. The plaintiff's disability and religious discrimination claims are dismissed. The Court reserves ruling on the sufficiency of the plaintiff's due process claim.

The Court advises counsel to reassess the amount of time necessary for trial in light of the remaining issues for trial with regard to the witness and exhibit lists and proposed final pretrial order.

**ORDER**:     Revised final pretrial order to be submitted by **April 6, 2007**.

Revised witness and exhibit lists to be submitted by **April 6, 2007.**

Proposed voir dire and jury instructions will be submitted by **April 20, 2007**.

**ORDER:**     If the parties are interested in pursuing settlement, they shall obtain a settlement hearing date from the magistrate judge assigned to this case.

**3:32 p.m.**     **Court in recess.**

**Total Time:   59 minutes.**
**Hearing concluded.**